**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Caption:

Brooke W. Kriebel

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

_Full name(s) of Plaintiff(s)_

v. Yeager Supply
Lauren Bieniosek (President) new case

CIVIL ACTION
NO

_Full name(s) of Defendant(s)_

This action is brought for discrimination in employment pursuant to (check only those that apply):

X    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
_NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

___    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
_NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against._

___    Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
_NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

___    Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name: Brooke W Kriebel
Street Address: 50 Old Friedensburg Rd.
County, City: Berks, Reading
State & Zip: Pa, 19606
Telephone Number: 610-621-0107

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.  Attach additional sheets of paper as necessary.

Defendant    Name: Lauren Bienisek
Street Address: 1440 N 6th St,
County, City: Berks, Reading
State & Zip: Pa 19601
Telephone Number: 610-376-8037

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: Yeager Supply Inc.
Street Address: 1440 N 6th St
County, City: Berks, Reading
State & Zip: Pa, 19601
Telephone Number: 610-376-8037

**II.    Statement of the Claim**

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____    Failure to hire me

__X__    Termination of my employment

_____    Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

__X__ Failure to stop harassment

_____ Unequal terms and conditions of my employment

__X__ Retaliation

__X__ Other (specify): 302 warrant, harassment & mental anguish

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) Oct. , (day) 4 , (year) 2023

C.    I believe that the defendant(s) (check one):

      __X__ is still committing these acts against me.
      _____ is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

      _____ race _____     _____ color _____

      __X__ religion Awen     _____ gender/sex _____

      _____ national origin _____

      _____ age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

Job was held over my head, my Famliy was threaten Bullied, police was weaponize againest me with a 302 Continued harassment & mental anguish om my Birthday from yeager supply Inc. Diane Klinger (HR) of integrity services and solutions

-3-

## IV.    Relief

**WHEREFORE,** Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____    Direct the defendant to hire the plaintiff.

_____    Direct the defendant to re-employ the plaintiff.

_____    Direct the defendant to promote the plaintiff.

_____    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____    Direct the defendant to reasonably accommodate the plaintiff's religion.

_____    Direct the defendant to (*specify*):_____

__X__    If available, grant the plaintiff appropriate injunctive relief, lost wages,

liquidated/double damages, front pay, compensatory damages, punitive damages,

prejudgment interest, post-judgment interest, and costs, including reasonable

attorney fees and expert witness fees.

__X__  Other (*specify*): Turkeys to be donated in the name
of Joseph Warburton, to Opportunity House Shelter in Redding, Pa

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1 day of August, 20 24

Signature of Plaintiff  Brooke W. Kuebel

Address  50 Old Friedens burg Rd.
Berks, Reading
Pa 19606

Telephone number  610-621-0107
Fax number (*if you have one*) _____

Three6tenart@gmail.com



BKriebel
50 old Friedensburg Rd
Rdg, Pa 19606

Clerk of Court, ED Pa
Edward N. Cohn, U.S. Courthouse
504 W. Hamilton St.
Allentown, Pa 18101